**Michael Anthony SHERIDAN, Plaintiff-Appellant,**

v.

**Melanie A. SHEKITA, Assistant District Attorney; Donald Stephens, Superior Court Judge; Renorda Pryor, Attorney, Defendants-Appellees.**

No. 16-7535

United States Court of Appeals, Fourth Circuit.

Submitted: February 23, 2017

Decided: February 28, 2017

Michael Anthony Sheridan, Appellant Pro Se.

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Sheridan appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sheridan v. Shekita, No. 5:16-ct-03085-D (E.D.N.C. Oct. 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED